FILED'11 JUN 22 12:03USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

DONALD ERNEST ALLEE,  CV. 11-188-PA

    Plaintiff,  ORDER

  v.

J. SHURBONDY, et al.,

    Defendants.

PANNER, District Judge.

    Plaintiff in this prisoner 42 U.S.C. § 1983 case asks the court to reconsider its prior Order denying his Motion for Partial Summary Judgment. Plaintiff's Motion for Reconsideration is DENIED because: (1) there is no basis upon which reconsideration of the court's Order would be appropriate pursuant to Fed. R. Civ. P. 60(b); and (2) plaintiff's subsequent filing of a Motion for Summary Judgment supersedes and, thus, moots the Motion for Partial Summary Judgment.

1 - ORDER

With respect to the Motion for Summary Judgment [16] which plaintiff filed on June 13, 2011, a party submitting a written motion to the court is required to serve the motion "upon each of the parties" to the lawsuit. Fed. R. Civ. P. 5(a). Such motions must also include a certificate of service. Fed. R. Civ. P. 5(d)(1). Because plaintiff's Motion for Summary Judgment does not include the required certificate of service, the court concludes that he failed to serve a copy of his Motion on counsel for defendants. As a result, the Motion for Summary Judgment is denied without prejudice.

## CONCLUSION

Plaintiff's Motion for Reconsideration [13] and Motion for Summary Judgment [16] are DENIED.

IT IS SO ORDERED.

DATED this 22 day of June, 2011.

*Owen M. Panner*
Owen M. Panner
United States District Judge

2 - ORDER